RECEIVED
IN LAKE CHARLES, LA

MAR 14 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SOUTHWEST LOUISIANA HEALTHCARE SYSTEM, A NON-PROFIT CORPORATION AND SOUTHWEST LOUISIANA HOSPITAL ASSOCIATION, D/B/A LAKE CHARLES MEMORIAL HOSPITAL | : | DOCKET NO. 05-1299 |
| VS. | : | JUDGE MINALDI |
| MBIA INSURANCE COMPANY, ET AL | : | MAGISTRATE JUDGE WILSON |

## ORDER

For the reasons set forth in the Memorandum Ruling of this date,

**IT IS ORDERED** that Judge Patricia Minaldi is hereby RECUSED from the above captioned case and the matter is referred to Chief Judge Richard Haik for reassignment.

**IT IS FURTHER ORDERED** that because the issues involve a controlling question of law as to which there is substantial ground for difference of opinion and an immediate appeal from the order may materially advance the ultimate termination of the litigation,[1] the instant matter be certified for an immediate appeal pursuant to 28 U.S.C. § 1292(b).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 14th day of March, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1292(b).