RECEIVED
IN LAKE CHARLES, LA

MAY - 4 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SOUTHWEST LOUISIANA HEALTHCARE SYSTEM, ET AL | : | DOCKET NO. 05-1299 |
| VS. | : | JUDGE TRIMBLE |
| MBIA INSURANCE CORPORATION, ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to dismiss (doc. #44) is hereby granted in part and denied in part. The motion to dismiss as to bad faith is hereby **DENIED**; the motion to dismiss the claims of insider trading and violations of securities' law is hereby **GRANTED** dismissing those claims against defendants, MBIA Insurance Corporation and Connie Lee Insurance Company, Connie Lee Holdings, Inc., Ambac Assurance Corporation, and Ambac Financial Group, Inc.; the motion to dismiss as to the claims against defendants, MBIA Insurance Corporation and Connie Lee Insurance Company; Connie Lee Holdings, Inc., Ambac Assurance Corporation, and Ambac Financial Group, Inc. of fraudulent inducement and conspiracy to commit fraud is hereby **DENIED** at this time; the motion for a more definite statement as to the claims of fraudulent inducement and conspiracy to commit fraud as to these same defendants is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiffs, Southwest Louisiana Health Care System and Southwest Louisiana Hospital Association, d/b/a Lake Charles Memorial Hospital shall file within

15 days of the date of this order an amended complaint alleging with particularity in compliance with Rules 8 and 9(b) of the Federal Rules of Civil Procedure any claims of fraudulent inducement and conspiracy to commit fraud against MBIA Insurance Corporation and Connie Lee Insurance Company, Connie Lee Holdings, Inc., Ambac Assurance Corporation, and Ambac Financial Group, Inc. If Plaintiffs fail to properly allege claims of fraudulent inducement and conspiracy to commit fraud against these defendants, the Court will dismiss these claims.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 4th day of May, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE