U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

OCT 1 1 2007

ROBERT H. SHEMWELL, CLERK
BY _____
             DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SOUTHWEST LOUISIANA HEALTHCARE SYSTEM, INC. AND SOUTHWEST LOUISIANA HOSPITAL ASSOCIATION D/B/A LAKE CHARLES MEMORIAL HOSPITAL | : | DOCKET NO. 05-1299 |
| VS. | : | JUDGE TRIMBLE |
| MBIA INSURANCE CORP., ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Reconsider, Vacate or Set Aside (doc. #181) is hereby **DENIED**. The Motion for Leave to File Second Supplemental Amended and Restated Complaint (doc. #163) is hereby **DENIED** in part and **GRANTED** in part. The motion is DENIED to the extent that the Court will not allow Plaintiffs to assert or allege any claims dismissed with prejudice in this Court's March 29, 2007 Judgment (doc. #162). The motion is GRANTED to the extent that Plaintiffs will be permitted to name the true owners of the 2000 Series Bonds; the Court will allow Plaintiffs to file an amended complaint to allege breach of contract claims and breach of duty claims against Cambio, and intentional interference of performance of contract claims and breach of duty claims against Argil, Starkweather and O'Keefe; otherwise, the motion for leave to amend is DENIED at this time. Plaintiffs shall file a supplemental memorandum to address the Court's concerns as to its claims of abuse of right, rescission of a contract, punitive damages under Tenn. Code Ann. § 47-50-109, and misappropriation of trade

secrets. The memorandum shall be filed no later than 15 days from the date of this Memorandum Ruling and corresponding Judgment, and Defendants shall file a response no later than 15 days from service of the supplemental memorandum. After the Court considers Plaintiffs' memorandum regarding their claims of abuse of right, rescission of a contract, punitive damages under Tenn. Code Ann. § 47-50-109, and misappropriation of trade secrets, the proposed amended complaint shall be filed no later than 10 days from the date the Court rules on whether or not it will allow Plaintiffs to amend their complaint to allege these additional claims.

    THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 9th day of October, 2007.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE