RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
ALEXANDRIA, LOUISIANA
DATE  11 / 9 / 07
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SOUTHWEST LOUISIANA HEALTHCARE SYSTEM, ET AL | : | DOCKET NO. 05-1299 |
| VS. | : | JUDGE TRIMBLE |
| MBIA INSURANCE CORP., ET AL | : | MAGISTRATE JUDGE WILSON |

## MEMORANDUM RULING AND ORDER

Before the Court is a ""Motion of Jim O'Keefe and Randy Starkweather to Reconsider and Modify Memorandum Ruling and Judgment Dated October 9, 2007 Only Pertaining to the Order Granting Plaintiffs' Motion for Leave to Add Claims Against Them" (doc. #210) wherein the mover seeks to modify the October 9, 2007 order to deny Plaintiffs' Motion for Leave in part by disallowing the addition of new claims against O'Keefe and Starkweather. The October 9, 2007 Memorandum Ruling and Judgment denied Plaintiffs the ability to assert or allege any claims dismissed with prejudice in this Court's March 29, 2007 Judgment.[1] The March 29, 2007 Memorandum Ruling and Judgment dismissed claims of conspiracy, fraud, fraud based punitive damages and duress claims and commercial bribery claims against Mr. O'Keefe and Starkweather.[2] The October 9, 2007 Ruling and Judgment allowed Plaintiffs to amend their complaint and allege claims of interference with contract and breach of duty against Mr. O'Keefe and Mr. Starkweather.

Defendants, O'Keefe and Starkweather, maintain that because the March 29, 2007 Judgment

---

[1] Doc. #208 and 209.

[2] Doc. #161 and 162.

dismissed all claims against them with prejudice, Plaintiff's action against O'Keefe and Starkweather was dismissed prohibiting Plaintiffs from asserting any new claims against them.

Rule 54(b) of the Federal Rules of Civil Procedure provides that a court may dismiss one or more but fewer than all of the claims and direct the entry of a final judgment as to those dismissed claims. Rule 15(a) of the Federal Rules of Civil Procedure provides in pertinent part that "[a] party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires." The prior mentioned Rulings and Judgments only dismissed certain claims against O'Keefe and Starkweather; they did not dismiss the action against them. Accordingly, it is

**ORDERED** that the motion for reconsideration is hereby **DENIED.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 9th day of November, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE